|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/9/18 |

| | |
|---|---|
| RICHARD BALDELLI,<br><br>                  Plaintiff,<br><br>v.<br><br>NUTRISYSTEM, INC.,<br><br>                  Defendant. | Master File No.:<br><br>17 Civ. 07692 (PGG)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Richard Baldelli and Defendant Nutrisystem, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: March 7, 2018

| THE MARKS LAW FIRM, PC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *(signature)* <br> Bradly G. Marks <br> Brad@markslawpc.com <br> 175 Varick Street  3rd Floor <br> New York, NY 10014 <br> Tel: (646) 770-3775 <br> Fax: (646) 867-2639 <br><br> Jeffrey M. Gottlieb <br> nyjg@aol.com <br> Dana L. Gottlieb <br> danalgottlieb@aol.com <br> Gottlieb & Associates <br> 150 East 18th Street, Suite PHR <br> New York, NY 10003 <br> Tel: (212) 228-9795 <br> Fax: (212) 982-6284 | By: *(signature)* <br> Douglas T. Schwarz <br> douglas.schwarz@morganlewis.com <br> Morgan, Lewis & Bockius LLP <br> 101 Park Avenue <br> New York, NY  10178-0060 <br> Tel:  (212) 309-6890 <br> Fax:  (212) 309-6001 <br><br> *Attorneys for Defendant Nutrisystem, Inc.* |

*Attorneys for Plaintiff Richard Baldelli*

**SO ORDERED:**

*(signature)*

**Paul G. Gardephe, U.S.D.J.**

March 9, 2018

2